UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | NO.: 2:13-CR-56 |
| ) | |
| ANINDYA KUMAR SEN, M.D., *ET AL*. ) | |

ORDER

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 18, 2013, [Doc. 90]. In that Report and Recommendation, the Magistrate Judge recommends that the defendants' motion to suppress, [Doc. 63], be granted. The United States has not filed an objection to this recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 90], and that the motion to suppress, [Doc. 63], be GRANTED.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE